UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Civil Cases

13cv6023
14cv9138
16cv9337
16cv4643
16cv5010
16cv7001
17cv7104
18cv2066
19cv3253
19cv4900
19cv5031
19cv8135
19cv8478
19cv8480
19cv8524
19cv9182
19cv9212
19cv11590

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

      For the week of April 20, 2020, the Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time:

      <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

      Please enter the conference as a guest by pressing the pound sign (#).

      Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number.

For initial conferences, counsel shall submit a proposed case management and discovery schedule via ECF by 5 p.m. on the evening *before* the initial conference.

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: April 16, 2020
        White Plains, New York

                                            KENNETH M. KARAS
                                        United States District Judge