

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

October 30, 2020

By ECF  
Hon. Kenneth M. Karas  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601-4150

        Re:    Ceara v. Doe  
                 Index No. 13 Civ. 06023 (KMK)

Dear Judge Karas:

      I write respectfully in response to the Court's October 28, 2020 Order scheduling the trial of the above-referenced matter to commence on December 2, 2020, see Docket No. 128, to raise a logistical issue with the Court. As the Court is aware, plaintiff is currently incarcerated at Green Haven Correctional Facility. Pursuant to the Joint Pretrial Order filed by plaintiff on October 28, 2020, id. at No. 129, it appears to be plaintiff's intention to call as witnesses several individuals who are currently incarcerated. Moreover, defendant Sergeant Deacon currently works at a correctional facility as does several of the witnesses plaintiff and defendant intend to call at trial. As is the New York State Department of Corrections and Community Supervision's practice, Mr. Ceara will be transported to and from the Courthouse each day from a State correctional facility.

      Pursuant to Judge McMahon's Standing Order, dated October 26, 2020, the following persons may not enter any courthouse in the Southern District, "[p]ersons who have been released from a federal, state or local jail, prison or other correctional institution within the last fourteen days, except those who are reporting to be fit with a location monitoring device." It would appear that a good number of the anticipated witnesses, as well as the plaintiff himself, will not be permitted into the courthouse for the trial.

Defendant raises this issue in advance of the November 4, 2020 conference.

                                        Respectfully submitted,

                                        /s/ Neil Shevlin
                                        Neil Shevlin
                                        Assistant Attorney General
                                        Neil. Shevlin@ag.ny.gov

cc: Rafael Ceara (by first class mail)

120 Broadway, New York, New York 10271-0332 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov