

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 3, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United State District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Ceara v. Doe, SDNY 13 Civ. 6023 (KMK)

Dear Judge Karas:

This Office represents defendant Sergeant Joseph Deacon in the above-referenced action. I write to respectfully seek clarification as to whether the status conference scheduled for September 9, 2021 was cancelled by the Court's order granting the parties' joint request for time to explore settlement and directing the parties to submit a status report by October 25, 2021. See ECF No. 152. Plaintiff had requested an adjournment of the status conference (ECF No. 150), but the Defendant's letter (ECF No. 151) inadvertently did not reference adjournment of the scheduled conference. Defendant joins Plaintiff's request to adjourn the conference until after submission of the October 25, 2021 status report.

Thank you for your consideration.

Respectfully submitted,

*S/ Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
Brendan.Horan@ag.ny.gov
(212) 416-8973

Granted.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/7/2021

cc:   All Counsel of Record (BY ECF)