

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

December 9, 2021

By ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Ceara v. Doe
               Index No. 13 Civ. 06023 (KMK)

Dear Judge Karas:

      I write jointly on behalf of plaintiff and defendant, and in response to the Court's October 25, 2021 Order (ECF No. 157), to advise the Court that this Office has not yet completed its review of this matter and, therefore, we do not have any settlement authority. Plaintiff renews his August 22, 2021 request to reopen expert discovery (ECF. No. 150).

The Court is perplexed as to why the OAG has not "completed its review" of this case, given how long his case has been pending. The OAG is to complete its review and report back to counsel for Mr. Ceara and the Court by 1/7/22.

So Ordered.
/s/ (signature)
12/10/21

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

Cc: Amy J. Agnew, Esq. (via ECF)