

MEMO ENDORSED

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

April 17, 2023

By ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

        Re:    Ceara v. Doe
              Index No. 13 Civ. 06023 (KMK)

Dear Judge Karas:

      I write, respectfully, to request that the status conference schedule for April 19, 2023, at 12:00 pm (ECF No. 192), be adjourned for thirty days, or to a date past May 19, 2023, to allow the parties time to explore settlement. One of the issues impacting settlement negotiations in this matter is the status of Plaintiff's WDNY case, Ceara v. Dowley, 15-cv-6266(FPG)(MWP). Counsel for Plaintiff in both matters, Amy J. Agnew, has recently conveyed a settlement demand in the Dowley matter and the Assistant Attorney General handling that matter is in the process of drafting a settlement demand for review by the New York State Department of Corrections and Community Supervision. We hope that that process will be completed within thirty days.

      I have conferred with Ms. Agnew about this request for an adjournment and she has consented to it.

Granted. The conference is adjourned to 5/ 31 / 23, at 11:30

So Ordered.
4/17/23

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Amy Agnew, Esq (by ECF)