## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

May 22, 2023

**VIA ECF**

Re:   *Ceara v. Deacon, 13-cv-6023*
      **Adjourn Conference**

Dear Judge Karas:

I write on behalf of the parties to request that the Court adjourn the conference scheduled for May 31, 2023. The parties are very close to settlement for both this matter and the one pending in the WDNY. My client has agreed to the economic terms conditioned on an exception for one potential cause of action. Defendants' counsel has graciously agreed to go back to his clients and see if he can get that last remaining term settled. I am very hopeful this will be worked out and both cases will be settled.

Additionally, I do have a pre-trial conference before Judge Sharpe in the NDNY on May 31, 2023 and Mr. Shevlin has a deposition. All parties would be grateful if the conference could be adjourned until early July. Hopefully, we will report back to the Court before then that the matter has settled.

With thanks as always for the Court's courtesies.

Very truly yours,

*/s/ Amy Jane Agnew*

Amy Jane Agnew, Esq.

Granted.

So Ordered.

5/22/23

New York Office
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

New Jersey Office
36 Page Hill Road
Far Hills, NJ 07931