MEMO ENDORSED

## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

August 10, 2023

**VIA ECF**

**Re:**    *Ceara v. Deacon, 13-cv-6023*

Dear Judge Karas:

I write on the Plaintiff's behalf to request that the Court retain jurisdiction over this matter for an additional 30 days.  As the Court is aware, the essential terms of a settlement were placed on the record a few months ago.  Since then, our office has had a very difficult time locating our client.  As the Court may recall, at an earlier stage of the case, the litigation was stayed due to our client's in-patient treatment for a health condition.  While we have confirmed that he is not in custody, we have not been able to confirm his whereabouts otherwise; it may be that he is once again receiving necessary treatment.  One of our paralegals has been working with his housing provider and parole officer to locate him.  We do apologize to the Court; we are doing the best we can under the circumstances to serve our client and get the case removed from the docket.  We are in communication with Defendants' counsel who understands the situation.

Very truly yours,

Granted.

*/s/ Amy Jane Agnew*

Amy Jane Agnew, Esq.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

August 10, 2023